[Nos. 14751-3-II; 14752-1-II.   Division Two.   July 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LYNN WENTWORTH, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. RANDI STANSBERRY, *Appellant*.

Appeals from judgments of the Superior Court for Clallam County, Nos. 90-1-00092-2, 90-1-00093-1, Grant S. Meiner, J., entered March 1, 1991. *Remanded* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Morgan, J.

[No. 14832-3-II.   Division Two.   July 12, 1993.]

CHANNES CUHACIYAN, ET AL, *Plaintiffs*, v. JAMES J. BROWN III, ET AL, *Appellants,* TIMOTHY A. LECHNER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-2-01043-2, Karen B. Conoley, J., entered February 28, 1991. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Morgan, J., and Petrich, J. Pro Tem.

[No. 14951-6-II.   Division Two.   July 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAY OWENS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00692-9, Karen B. Conoley, J., entered May 8, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J. Pro Tem.